UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLSPRING CAPITAL MANAGEMENT, LLC; WELLSPRING CAPITAL PARTNERS IV, L.P.; WCM GENPAR IV, L.P.; WCM GENPAR IV GP, LLC,<br><br>Movants,<br><br>vs.<br><br>JOHN F. BARRY III AND M. GRIER ELIASEK,<br><br>Respondents. | Adv. Pro. Pending in the United States Bankruptcy Court for the District of South Carolina (No. 19-80071-dd)<br><br><br>S.D.N.Y. MISC. NO. 22-00400 |

**MOTION TO EXPEDITE HEARING ON MOTION TO COMPEL DEPOSITIONS AND SUBPOENA COMPLIANCE BY JOHN F. BARRY III AND M. GRIER ELIASEK**

The Movants, Wellspring Capital Management, LLC; Wellspring Capital Partners IV, L.P.; WCM Genpar IV, L.P.; and WCM Genpar IV GP, LLC (collectively the "Wellspring Parties") respectfully request that the Court schedule an expedited hearing on their Motion to Compel Depositions and Subpoena Compliance by John F. Barry III and M. Grier Eliasek [Doc 1]. The basis for this request is that the subpoena served on Mr. Barry has a response date of Friday, May 27, 2022, the subpoena served on Mr. Elisasek has a response date of Tuesday, May 31, 2022, and the deadline for completion of fact discovery in the underlying Adversary Proceeding pending in South Carolina is May 31, 2022.

If this request is granted and the Court's schedule permits, the Movants are available to participate in a telephonic or video hearing on <u>Wednesday, May 25, 2022 at 10:00 am</u>.

The Movants have made a good faith effort to resolve the dispute with opposing counsel consistent with Local Rule 7007-1(a), but such efforts have not resulted in any agreement to date.

This the 20th day of May, 2022.

/s/ Richard S. Mandaro
Richard S. Mandaro
Amster Rothstein & Ebenstein LLP
90 Park Avenue, 21st Floor
New York, NY 10016
rmandaro@arelaw.com
(212) 336-8106

Marcus A. Manos (*pro hac vice* motion to follow)
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
mmanos@nexsenpruet.com

*Attorneys for Movants Wellspring Capital Management, LLC, Wellspring Capital Partners IV, L.P., WCM GenPar IV, L.P.; WCM GenParIV GP, LLC*